UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                   :

TRAVIS FORBES,                           :

                 Plaintiff,          :

                                     :

        -v-                     :         25 Civ. 5472 (JPC)

                                     :

CITY OF NEW YORK, *et al.*,         :          ORDER

                                   :

               Defendants.       :

                                   :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 12, 2026, Plaintiff filed an Amended Complaint.  Dkt. 32.  The Court therefore denies without prejudice Defendants' motion to dismiss the original Complaint, Dkt. 1.  *See* Dkt. 25.  Defendants may move to dismiss Plaintiff's Amended Complaint, without first filing a premotion letter, by June 9, 2026.  Plaintiff's opposition to any such motion is due June 23, 2026, and Defendants' reply in support of their motion is due June 30, 2026.  The Clerk of Court is respectfully directed to close Docket Number 25.

        SO ORDERED.

Dated: May 12, 2026
      New York, New York                                           
                                          JOHN P. CRONAN
                                  United States District Judge