

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**STEVEN BANKS**
*Corporation Counsel*

**SEAMUS O'CONNOR**
*Assistant Corporation Counsel*
seoconno@law.nyc.gov
Phone:  (212) 356-2337

June 5, 2026

**By ECF**
District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The request is granted. The City Defendants shall answer the Complaint or move to dismiss by June 16, 2026, Plaintiff shall file his brief in opposition to any motion by June 30, 2026, and the City Defendants shall reply by July 10, 2026. The Clerk of Court is respectfully directed to close Docket Number 34.

SO ORDERED.
June 8, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Re: *Travis Forbes v City of New York et. al.,*
    25-CV-05472 (JPC)(BCM)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department. I write on behalf of Defendants City of New York, Detective Brian McCarthy, Detective Charles Morro, Detective Joseph Cohen, and Detective Lawrence Wein to respectfully request an additional one week enlargement of time until June 16, 2026 to file their motion to dismiss the Amended Complaint. Plaintiff consents to this request.

By way of background, The Court ordered Plaintiff to file an Amended Complaint by May 12, 2026. (ECF No. 31) On May 12, 2026 Plaintiff filed the Amended Complaint. (ECF No. 32) On May 13, 2026, the Court ordered Defendants to file a motion to dismiss the Amended Complaint by June 9, 2026, with Plaintiff's opposition to any such motion to be filed June 23, 2026, and Defendants' reply in support of their motion would be due June 30, 2026. (ECF No. 33) Defendants require the additional time in order to address the new facts and arguments alleged in Plaintiff's Amended Complaint. While unfortunate, an extension of time is requested so that the defendants are not prejudiced by a hastily-written reply to plaintiff's opposition.  In addition, this request, of a little over a week, will cause little prejudice to Plaintiff.  Because this may impact the other deadlines set by the Court, Defendants propose the following schedule:

- June 16, 2026: Deadline for City Defendants to file Motion to Dismiss

- June 30, 2026: Deadline for Plaintiff to file an Opposition to Defendants' Motion
- July 10, 2026: Deadline for Defendants to Reply to Plaintiff's Response[1]

In light of the above, defendants respectfully requests that the Court extend the time for all defendants to answer or otherwise respond to the complaint to June 16, 2026.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Seamus O'Connor
Assistant Corporation Counsel
Special Federal Litigation Division

Cc:  All counsel by ECF

---

[1] Defendants respectfully request a slight enlargement to the time to Reply in light of the July 4, 2026 holiday resulting in a shortened week for Defendants.