USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 07/09/26

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ELISSA B. JACOBS**
Phone: (212) 356-3540
Fax: (212) 356-3509
Email: ejacobs@law.nyc.gov

July 7, 2026

**VIA ECF**
Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *Travis Forbes v. City of New York, et al.*, 25-CV-5472 (JPC)(BCM)

Your Honor:

I am an Senior Corporation Counsel in the Office of the Corporation Counsel, attorney for defendants in the above-referenced action. Defendants write to respectfully request that the initial conference, currently scheduled for July 28, 2026 at 10:00 a.m. be held in abeyance until after defendants' motion to dismiss is decided. Plaintiff's counsel, Justin Bonus, consents to this request.

Plaintiff alleges his constitutionally rights were violated during his criminal prosecution after he fatally stabbed a man and was prosecuted for that crime. Plaintiff claims that he took action in defense of another, and that the arresting officers did not properly communicate or frame to the District Attorney his justification defense. Defendants have moved to dismiss the Complaint, and defendants' reply is currently due July 10, 2026. The motion, if granted, would be fully dispositive. Even if the motion is not fully granted, it could significantly impact the scope of discovery in this case. As a result, defendants are requesting that the conference be adjourned until after the motion is decided.

To the extent the Court would like to go forward, defense counsel requests that the conference be adjourned until August 11, 12 or 13th, as I am out of town on a pre-planned vacation on July 28, 2026.

The Defendants thank Your Honor for your time and consideration.

Respectfully submitted,

s/ *Elissa B. Jacobs*
Elissa B. Jacobs
Senior Corporation Counsel

Application GRANTED. Given defendants' representation that plaintiff consents to this request, the conference previously scheduled for July 28, 2026 is ADJOURNED *sine die*. Unless the motion to dismiss is granted in full, the parties must submit an update letter to Judge Moses, within one week after the decision on that motion, to schedule an initial case management conference. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**July 9, 2026**